UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>KAREN FALK,<br><br>                      Defendant. | NO:  CV-12-641-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80148-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Karen Falk, BKC ECF No. 44, and DC ECF No. 13.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an Order

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS WITH PREJUDICE ~ 1

of Dismissal in the Bankruptcy Court on May 31, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 13**. Defendant Karen Falk is the sole defendant named in this cause; therefore, this case is hereby **dismissed with prejudice** with each party to bear their own attorneys' fees and costs, and Proof of Claim No. 45 is disallowed in its entirety. Any pending motions are denied as moot; any pending court dates are stricken.

    **IT IS SO ORDERED**.

    The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, Defendant, and Judge Patricia C. Williams, and **CLOSE** this case.

    **DATED** this 18th day of October 2013.

    *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge